# United States Court of Appeals
## For the First Circuit

No. 09-1809

THE REAL ESTATE BAR ASSOCIATION FOR MASSACHUSETTS, INC.,

Plaintiff, Appellant,

v.

NATIONAL REAL ESTATE INFORMATION SERVICES;
NATIONAL REAL ESTATE INFORMATION SERVICES, INC.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on June 21, 2010, is amended as follows:

On page 5, at line 10, "are" is replaced with "can be".

On page 10, at line 16, a comma should be placed after "§ 46".